**Affidavit in Support of Criminal Complaint for Jose Adalid Cruz-Jimenes**

Affiant, Special Agent Erin R. Huffines, Homeland Security Investigation (HSI), being duly sworn, deposes and says:

**Introduction**

1. I am a law enforcement officer of the United States within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code (U.S.C.) § 1326.

2. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since July 2007 and I am presently assigned to the Office of the Assistant Special Agent in Charge, Louisville, Kentucky. My duties include the investigation of various violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center where training was conducted pertaining to these types of investigations.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. I have not included every fact that has been revealed through the course of this investigation. I have set forth only the facts that are believed to be necessary to establish probable cause for the issuance of a criminal arrest warrant.

**Results of Investigation**

5. On September 24, 2026, Immigration and Customs Enforcement/Enforcement Removal Operations (ICE/ERO) encountered Jose Adalid CRUZ-Jimenes (CRUZ) at the Roederer Correctional Complex, in Oldham County, Kentucky after being notified by the Kentucky Department of Corrections that (CRUZ) was scheduled for release from state custody. On October 30, 2026, ICE/ERO took custody of CRUZ. CRUZ'S identity was reportedly confirmed through DHS biographical and biometric records and ICE/ERO processed CRUZ for reinstatement of a prior removal order.

6. As a routine step in processing, CRUZ'S biometric information and fingerprints were taken and submitted into DHS/ICE databases. A positive biometric match returned to a subject whose true name according to ICE indices is Jose Adalid CRUZ-Jimenes. Through records checks, CRUZ was positively identified as a previously removed Honduran citizen and the subject of Alien Registration Number 206 720 575 and FBI/Universal Control Number 280589AE8.

CRUZ is a citizen and native of Honduras with no approved or pending applications or petitions to enter or remain in the U.S. filed by him or on his behalf.

7. CRUZ'S immigration file, also known as an "A-File," was requested from USCIS. DHS and DOJ service indices and documents for his A-file were used to confirm the accuracy of the information contained within this affidavit.

8. CRUZ'S biometric data was a positive match for the following immigration history:

a. On April 23, 2014, the US Border Patrol (USBP) apprehended CRUZ near Rio Grande City, TX. USBP processed CRUZ and issued him an Expedited Removal.

b. On or about April 30, 2014, CRUZ was removed to Honduras.

9. DHS database checks confirmed that CRUZ was a positive match for the following criminal arrests/convictions:

a. On May 28, 2016, CRUZ was arrested by the Somerset, KY Police Department (PD) and charged with Alcohol Intoxication in a Public Place - 1st and 2nd Offense, which is a misdemeanor offense in violation of Kentucky Revised Statute (KRS) 222.202(1).

b. On September 26, 2017, CRUZ was arrested by the London, KY PD and charged with Alcohol Intoxication in a Public Place - 1st and 2nd Offense. On October 13, 2017, CRUZ was listed as a fugitive after failing to appear in court. Laurel County case 17-M-1535.

c. On July 29, 2021, CRUZ was charged, in Simpson County, KY District Court, for Operating a Motor Vehicle While Under the Influence of Alcohol - 1st Offense, a misdemeanor offense in violation of KRS 189A.010(5)(A), for which he was sentenced to two (2) days (Conditional) with one (1) year of probation. Simpson County case 21-T-956.

d. On August 16, 2022, CRUZ was, in Simpson County District Court, convicted of Alcohol Intoxication in a Public Place - 1st and 2nd Offenses, for which he was fined. Simpson County case 22-M-382.

e. On November 20, 2023, CRUZ was, in Simpson County Circuit Court, convicted of Unlawful Transaction with Minor - 1st Degree - Illegal Sexual Act (Victim Under 18 YOA), a felony offense in violation of KRS 530.064(1)(A), for which he was sentenced to five (5) years' imprisonment; Sodomy - 3rd Degree, a felony offense in violation of KRS 510.090, for which he was sentenced to 5 years' imprisonment; and Unlawful Transaction with Minor - 3rd Degree, for which he was sentenced to 12 months' incarceration. These sentences ran concurrently.

**Conclusion**

10. Based on the information contained in this affidavit, I believe there is probable cause to support the conclusion that Jose Adalid CRUZ-Jimenes, is a noncitizen who has been located in the United States in Oldham County, Kentucky, in the Western District of KY, on September 24, 2026, after having been previously removed from the United States, in violation of Title 8 of the U.S.C, § 1326(a).

/s Erin Huffines
Erin Huffines
Special Agent
Homeland Security Investigations
Louisville, KY

Sworn to me telephonically pursuant to Fed. R. Crim. P. 4.1 this 4th day of November 2026.

Hon. Regina S. Edwards
United States Magistrate Judge